# Court of Appeals
# of the State of Georgia

ATLANTA,____June 09, 2016_____

*The Court of Appeals hereby passes the following order:*

## A16D0340. PREMIER ELEVATOR COMPANY, INC. et al. v. MICHAEL EDWARDS.

Upon consideration of the Motion for Reconsideration filed on behalf of appellants in the above appeal, the Motion for Reconsideration is hereby GRANTED and the judgment of this Court issued on May 15, 2016 dismissing the discretionary application is hereby vacated.

It is further ordered that the application for discretionary appeal be GRANTED. Appellant shall have ten days from the date of this order to file a Notice of Appeal with the trial court. The clerk of the trial court is directed to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
        *Clerk's Office,*
*Atlanta,_____06/09/2016_____*
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*